- 10.1.2020 1:42 am - https://ring.com/share/10724d39-59b9-4b53-9614-6e72bb6f38a6
- 10.1.2020 - https://ring.com/share/55eb32f8-baa7-45dd-9e69-4da72091a58a
- 10.1.2020 - https://ring.com/share/a40669f5-5836-4bc0-b0f2-b888a5092c48
- 10.1.2020  - https://ring.com/share/014897aa-d527-4a1a-b943-be02ae7854d8

- 10.11.2020 1:14 am - https://ring.com/share/3b85ef7d-89bb-4811-a585-405b413a7eab
- 10.11.2020 https://ring.com/share/4dc4b9ad-b1fd-4d46-804c-193fbc2e95e9
- 10.11.2020 https://ring.com/share/3ccae408-056d-48cf-91e9-d714bef3b676

- 10.16.2020 1:02 am https://ring.com/share/356cd985-2faf-458b-8e1f-229900588d09
- 10.16.2020 - https://ring.com/share/6407127a-004f-4e1a-872d-3a302eb423cd

- 10.17.2020 1:13 am https://ring.com/share/b1e4c09a-d9f9-4522-af59-19e8d130dba7
- 10.17.2020 - https://ring.com/share/60c23d53-e5a4-4b1e-a514-2c3da065c592

- 10.25.2020 – 12:52 am https://ring.com/share/58b5aa39-8467-4faa-a9f3-07956ba6ed51
- 10.25.2020 - https://ring.com/share/07853a71-3330-44c7-83e3-3f741c6eb804

- 10.25.2020 – 10:54 pm  https://ring.com/share/ac7ddc40-913b-4dc0-8cf1-0b3e699889fe

- 10.26.2020 – 3:27 am https://ring.com/share/044f44e0-dd3f-4b3c-adab-c9012459fe65

- 10.29.2020 - 10:43 pm https://ring.com/share/32957022-600f-40aa-ba7b-3cb0d0460f43
- 10.29.2020 - https://ring.com/share/ad09caf2-385b-4281-acba-47941d89f0b9

- 10.30.2020 – 2:08 am https://ring.com/share/91bf1cb5-2670-4aa3-b7b7-9831867b8b6a
- 10.30.2020 - https://ring.com/share/128947b6-3bb7-41d2-9161-f4e129a40266

- 11.4.2020 – 11:13 pm https://ring.com/share/a3eb0573-3ad5-4bae-812f-6bcb570eb5cb
- 11.4.2020 - https://ring.com/share/6d599058-6016-4feb-a6c4-08493e79923f

- 11.5.2020 – 1:07 am https://ring.com/share/06c04db8-1d31-4225-8314-bd3ec09adcdd
- 11.5.2020 - https://ring.com/share/6949ec1f-6f8c-4bb1-896f-c6fd95429023

- 11.5.2020 – 1:50 am https://ring.com/share/4a0f9d2a-60fb-4714-b49c-c5e2d1cc0d94
- 11.5.2020 - https://ring.com/share/69e7890d-fc83-42e8-b820-6946df000f6d

- 11.7.2020 - 10:23 pm - https://ring.com/share/c046cfc3-1e17-4441-bd18-3b9376d21f3a
- 11.7.2020 - https://ring.com/share/8fa9b50b-7b5c-4afe-98ac-672c88cfeb53

- 11.8.2020 – 1:51 am https://ring.com/share/27996c1e-c101-4f0a-a55b-b203eb43a527

- 11.8.2020 - https://ring.com/share/6f3ac39a-529b-48bd-b42a-c73e7cc6d48f

- 11/12/2020 - https://ring.com/share/7dae7942-7cdd-4979-abff-f3f6f8b3f992

- 11.23.2020 – 12:39 am https://ring.com/share/a9f1a9de-de00-4bb7-b91d-042e1a9dd9b2

- 11.25.2020 – 10:40 pm https://ring.com/share/c20b60a8-7c44-48f4-8973-54d2bf96f4c2

- 11.28.2020 – 1:32 am https://ring.com/share/e23a1020-d525-408d-9b3d-d51adce8cfab

- 12.2.2020 – 12:07 am https://ring.com/share/fdc461bc-d441-435c-b553-680c731348ce
- 12.2.2020 - https://ring.com/share/a743f849-53ef-490c-9c36-0706c40281f2

- 12.2.2020 – 5:08 am https://ring.com/share/773205a2-37fa-4b70-be50-3547e866a39f
- 12.2.2020 - https://ring.com/share/5441942b-54c2-4270-b58c-db3df1cda71a

- 12.4.2020 – 12:03 am https://ring.com/share/a835041d-4fc4-46f7-9147-886cac1800e4
- 12.4.2020 - https://ring.com/share/da999f0d-eaa3-45db-8bb8-e7620527aa80

- 12.12.2020 - https://ring.com/share/18b05298-8768-4125-9e09-3e39ad9b6500

- 12.13.2020 - https://ring.com/share/49f89d3f-9705-45ed-90d3-89edbaa48450

- 12.14.2020 - https://ring.com/share/f4708085-1d9b-4318-8c89-a4f738164c44

- 12.20.2020 - https://ring.com/share/5057e55e-d5f9-42c9-8563-83e4c28456b1

- 12.23.2020 - https://ring.com/share/d33881a9-96b8-4b74-89b2-e3b4a80c3099

- 1.5.2021 – 11:26 pm - https://ring.com/share/c67d7b30-ed61-4a6f-a839-58b9fef0c50a
- 1.12.2021 – 12:12 am - https://ring.com/share/fceb1253-a6f5-4baf-a677-2b04f26074a3
- 1/2/2021 – 12:09 am - https://ring.com/share/8986d901-bd25-4254-9c9b-382cab9f8849
- 1/5/21 – 11:53 pm https://ring.com/share/c67d7b30-ed61-4a6f-a839-58b9fef0c50a
- 1/10/21 – 8:07 pm https://ring.com/share/7dae7942-7cdd-4979-abff-f3f6f8b3f992
- 1/12/21 – 12:20 am https://ring.com/share/fceb1253-a6f5-4baf-a677-2b04f26074a3
- 1/17/21 – 10:35 pm https://ring.com/share/f4f4d323-82dd-4ed2-9994-80190b353f30
- 1/26/21 12:13 am https://ring.com/share/2ecadbd5-7166-4eb8-a005-621bca807dd8
- 2/1/21 – 12:18 am https://ring.com/share/8986d901-bd25-4254-9c9b-382cab9f8849
- 2/5/21 – 10:52 pm https://ring.com/share/71f7b906-7018-405a-aa51-1a5a61dcdec6
- 2/9/21 – 11:28 pm https://ring.com/share/894c5a26-6884-429a-916c-8b9026b88b8d
- 2/14/21 – 9:004 pm -https://ring.com/share/c4edaea6-54a6-48d6-875e-5c75ef7b9c16

- - https://ring.com/share/a196ab89-920d-468b-b7f0-583ddbba039d
  - https://ring.com/share/d1cd7293-a96d-490d-8eec-bbdef9c9271b
  - https://ring.com/share/6325632a-0694-4f1d-83e3-b08345d0e9a6
- 2/25/21 – 9:12 https://ring.com/share/7e772448-28d7-431e-be4c-261792abcdb1
  - https://ring.com/share/34ce6596-aa6a-49f6-b884-e0a7315fd28d
  - https://ring.com/share/34ce6596-aa6a-49f6-b884-e0a7315fd28d
  - https://ring.com/share/cf05fa1e-2caa-4a9e-b170-245bad02e676
- 2/28/21 No video, but police presence at the home
- 3/9/2021 – 10:21 PM - https://ring.com/share/6da992f7-42f5-423c-b6de-023eec53b2fe
  - Showed up while she was changing the Ring battery
- 3/11/21 – 10:21 pm https://ring.com/share/6da992f7-42f5-423c-b6de-023eec53b2fe
- 3/15/21 – 11:29 pm https://ring.com/share/f79585e5-9ff8-4706-a952-195cdaa4b9f2
- 3/24/21 – 10:54 https://ring.com/share/39a2ea3a-818d-45d4-9c76-6ff0309b5f64
- 3/28/21 - 9:19 https://ring.com/share/e376506c-e404-4eb4-b9c1-034162d05171
- 4/5/21 – 10:22 pm https://ring.com/share/a6855086-9d0b-433b-bc2a-1e167a2059b7
  - https://ring.com/share/76a3370e-3bd6-41d7-b9f3-f3ebf6372aca
  - https://ring.com/share/f560d5cf-a223-471f-b574-19548954696b
- 4/11/21 – 10:20 https://ring.com/share/379a65a9-7f38-4040-b059-fa47d2ad1df8
- 4/25/21 - 11:33 https://ring.com/share/0fb92ff3-4db3-4494-8533-8b70a50b1013
- 4/27/21 – 8:37 https://ring.com/share/4b50849a-efc1-4331-ab33-15b6fc6d0122
- 5/8/21 – 8:32 https://ring.com/share/8c67bf56-b8ad-401e-8067-2ae30a0fa23c
- 5/28/21 – 11:10 https://ring.com/share/74d4d6bc-be24-4ee0-8863-ec092be383b7
- 6/25/21 – 10:58 https://ring.com/share/9bbd43b5-81f3-4a9a-934f-248fcb4e5bdd
- 7/8/21 – 9:54 https://ring.com/share/8fe5c126-c952-443f-80bf-188ce989e393
- 9/16/21 - 10:36 https://ring.com/share/7c82373d-6bd6-4512-8437-654b9ca9abe9
- 9/22/21 – 10:22 https://ring.com/share/defe0073-aeb3-4fea-947d-44a306c5db2a
- 9/23/21 – 10:49 https://ring.com/share/defe0073-aeb3-4fea-947d-44a306c5db2a
- 9/25/21 – 9:30 https://ring.com/share/a1483f2c-8f23-4abe-b586-455b66d4d9af
- 9/30/21 – 10:53 https://ring.com/share/3679667a-c59a-456a-a8ff-232759b0175c
- 10/29/21 - 9:11 https://ring.com/share/386ad1e3-f21c-483f-a88a-aa411fe3b8ff
- 11/6/21 – 8:50 https://ring.com/share/a91748f7-44cd-4846-9a4a-80ef7986e366
- 11/26/2021 – 10:15 pm https://ring.com/share/56513b1a-aaa4-474e-b262-ae938dd06a1f
- 12/2/2021 – 3:23 pm https://ring.com/share/56513b1a-aaa4-474e-b262-ae938dd06a1f