| Comp. # | Nature | Received | Address | City | Zone | Car #/DSN |
|---|---|---|---|---|---|---|
| NONE | SPEED | 06/20/14 16:26:07 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | GARAGE | 06/23/14 00:49:16 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| 42952 | SUI | 08/04/14 10:43:22 | 921 NAPOLI DR | UNI | 5072 | 1703/ |
| NONE | SICK | 08/14/14 20:23:03 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | SICK | 08/19/14 06:43:04 | 921 NAPOLI DR | UNI | 5072 | 1703/ |
| NONE | SICK | 02/24/15 19:59:08 | 921 NAPOLI DR | UNI | 5072 | 2701/ |

| Comp. # | Nature | Received | Address | City | Zone | Car #/DSN |
|---|---|---|---|---|---|---|
| NONE | PROWL | 08/25/16 20:12:21 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | BURGI | 09/06/16 23:11:43 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| 48106 | ASLT | 09/12/16 22:14:45 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | INV | 09/13/16 08:28:37 | 921 NAPOLI DR | UNI | 5072 | 1703/ |
| NONE | INV | 09/13/16 18:25:42 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | EXPAT | 09/13/16 21:13:20 | 921 NAPOLI DR | UNI | 5072 | 2701/ |
| NONE | INV | 09/13/16 21:15:31 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | EXPAT | 09/13/16 22:23:49 | 921 NAPOLI DR | UNI | 5072 | 2701/ |
| NONE | EXPAT | 09/14/16 00:42:02 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | EXPAT | 09/14/16 04:05:37 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | EXPAT | 09/16/16 21:21:18 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 09/16/16 23:01:36 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 09/17/16 00:11:24 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | EXPAT | 09/17/16 15:59:08 | 921 NAPOLI DR | UNI | 5072 | 2701/ |
| NONE | EXPAT | 09/17/16 21:43:00 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | EXPAT | 09/18/16 22:02:13 | 921 NAPOLI DR | UNI | 5072 | 2702/ |
| NONE | BURGI | 09/22/16 21:55:30 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 09/23/16 22:01:24 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 09/23/16 22:33:13 | 921 NAPOLI DR | UNI | 5072 | 3707/ |
| NONE | EXPAT | 09/23/16 22:36:03 | 921 NAPOLI DR | UNI | 5072 | 3790/ |
| NONE | EXPAT | 09/24/16 21:50:35 | 921 NAPOLI DR | UNI | 5072 | 2702/ |
| NONE | EXPAT | 09/24/16 22:11:27 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 09/24/16 22:57:35 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | EXPAT | 09/25/16 16:25:22 | 921 NAPOLI DR | UNI | 5072 | 2701/ |
| NONE | EXPAT | 09/28/16 21:23:21 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| 51757 | BURG | 10/02/16 14:48:38 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | INJURY | 10/02/16 17:14:22 | 921 NAPOLI DR | UNI | 5072 | 2701/ |
| NONE | CALL | 10/02/16 20:32:47 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 10/04/16 17:00:07 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 10/04/16 20:43:17 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 10/05/16 22:30:57 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | PROWL | 10/06/16 21:19:39 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 10/07/16 20:30:37 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 10/07/16 21:28:15 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 10/07/16 23:43:02 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 10/08/16 01:30:54 | 921 NAPOLI DR | UNI | 5072 | 3790/ |
| NONE | EXPAT | 10/08/16 02:48:54 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 10/08/16 18:47:16 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | EXPAT | 10/08/16 19:59:08 | 921 NAPOLI DR | UNI | 5072 | 3703/ |

| Comp. # | Nature | Received | Address | City | Zone | Car #/DSN |
|---|---|---|---|---|---|---|
| NONE | EXPAT | 10/09/16 00:14:12 | 921 NAPOLI DR | UNI | 5072 | 3702/ |
| NONE | EXPAT | 10/09/16 00:18:51 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 10/09/16 04:43:23 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 10/09/16 19:33:24 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | EXPAT | 10/09/16 22:48:55 | 921 NAPOLI DR | UNI | 5072 | 6750/ |
| 53074 | PROWL | 10/09/16 23:24:12 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 10/10/16 00:16:45 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 10/10/16 01:21:52 | 921 NAPOLI DR | UNI | 5072 | 3702/ |
| NONE | EXPAT | 10/10/16 01:22:07 | 921 NAPOLI DR | UNI | 5072 | 6750/ |
| NONE | EXPAT | 10/10/16 01:29:05 | 921 NAPOLI DR | UNI | 5072 | 3790/ |
| NONE | EXPAT | 10/10/16 02:21:21 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 10/10/16 02:46:39 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | EXPAT | 10/10/16 04:09:31 | 921 NAPOLI DR | UNI | 5072 | 3702/ |
| NONE | EXPAT | 10/10/16 19:29:15 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 10/10/16 20:16:09 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 10/10/16 20:59:59 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | INV | 10/10/16 21:35:40 | 921 NAPOLI DR | UNI | 5072 | 3733/ |
| NONE | FTPAT | 10/10/16 22:39:41 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 10/11/16 04:40:40 | 921 NAPOLI DR | UNI | 5072 | 3702/ |
| NONE | EXPAT | 10/11/16 22:30:42 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 10/12/16 20:43:22 | 921 NAPOLI DR | UNI | 5072 | 3707/ |
| NONE | EXPAT | 10/12/16 21:18:39 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 10/12/16 22:46:57 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 10/13/16 00:17:43 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 10/13/16 22:02:44 | 921 NAPOLI DR | UNI | 5072 | 3707/ |
| NONE | EXPAT | 10/14/16 20:40:48 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | FTPAT | 10/14/16 23:09:34 | 921 NAPOLI DR | UNI | 5072 | 6750/ |
| NONE | EXPAT | 10/15/16 00:06:33 | 921 NAPOLI DR | UNI | 5072 | 3702/ |
| NONE | EXPAT | 10/15/16 01:43:56 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 10/15/16 16:31:12 | 921 NAPOLI DR | UNI | 5072 | 2702/ |
| NONE | EXPAT | 10/15/16 20:43:28 | 921 NAPOLI DR | UNI | 5072 | 2702/ |
| NONE | EXPAT | 10/15/16 23:21:02 | 921 NAPOLI DR | UNI | 5072 | 3790/ |
| NONE | EXPAT | 10/15/16 23:26:59 | 921 NAPOLI DR | UNI | 5072 | 2702/ |
| NONE | EXPAT | 10/15/16 23:55:50 | 921 NAPOLI DR | UNI | 5072 | 3702/ |
| NONE | EXPAT | 10/16/16 00:03:58 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 10/16/16 16:29:46 | 921 NAPOLI DR | UNI | 5072 | 2702/ |
| NONE | EXPAT | 10/16/16 21:22:06 | 921 NAPOLI DR | UNI | 5072 | 3707/ |
| NONE | EXPAT | 10/17/16 01:56:53 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | EXPAT | 10/17/16 21:13:07 | 921 NAPOLI DR | UNI | 5072 | 3703/ |

| Comp. # | Nature | Received | Address | City | Zone | Car #/DSN |
|---|---|---|---|---|---|---|
| NONE | EXPAT | 10/18/16 20:24:38 | 921 NAPOLI DR | UNI | 5072 | 2701/ |
| 54594 | RAPE | 10/18/16 21:24:28 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | EXPAT | 10/19/16 21:25:22 | 921 NAPOLI DR | UNI | 5072 | 2701/ |
| NONE | EXPAT | 10/20/16 00:31:48 | 921 NAPOLI DR | UNI | 5072 | 3702/ |
| NONE | EXPAT | 10/20/16 20:24:33 | 921 NAPOLI DR | UNI | 5072 | 3707/ |
| NONE | EXPAT | 10/21/16 20:57:49 | 921 NAPOLI DR | UNI | 5072 | 3790/ |
| NONE | EXPAT | 10/22/16 01:15:49 | 921 NAPOLI DR | UNI | 5072 | 3790/ |
| NONE | EXPAT | 10/22/16 17:33:11 | 921 NAPOLI DR | UNI | 5072 | 2702/ |
| NONE | PROWL | 10/22/16 21:30:57 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | EXPAT | 10/23/16 00:09:28 | 921 NAPOLI DR | UNI | 5072 | 3702/ |
| NONE | EXPAT | 10/23/16 00:53:11 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | EXPAT | 10/23/16 18:10:06 | 921 NAPOLI DR | UNI | 5072 | 2702/ |
| NONE | EXPAT | 10/23/16 21:08:17 | 921 NAPOLI DR | UNI | 5072 | 3702/ |
| NONE | EXPAT | 10/24/16 00:03:32 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | EXPAT | 10/24/16 01:38:55 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 10/24/16 18:42:29 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 10/24/16 20:35:31 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 10/24/16 22:04:49 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | EXPAT | 10/25/16 16:11:29 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 10/25/16 19:03:47 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 10/25/16 21:11:27 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| 55795 | DPROP | 10/25/16 21:16:03 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 10/26/16 18:26:53 | 921 NAPOLI DR | UNI | 5072 | 2702/ |
| NONE | EXPAT | 10/26/16 20:53:18 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | EXPAT | 10/26/16 20:58:08 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | EXPAT | 10/27/16 00:50:41 | 921 NAPOLI DR | UNI | 5072 | 3702/ |
| NONE | EXPAT | 10/27/16 01:38:31 | 921 NAPOLI DR | UNI | 5072 | 3780/ |
| NONE | EXPAT | 10/27/16 21:38:25 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | SUSPER | 10/28/16 20:32:55 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 10/28/16 21:47:13 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 10/30/16 01:25:27 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | EXPAT | 10/30/16 20:38:13 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 10/31/16 21:50:47 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 11/01/16 20:42:07 | 921 NAPOLI DR | UNI | 5072 | 3707/ |
| NONE | EXPAT | 11/01/16 22:00:47 | 921 NAPOLI DR | UNI | 5072 | 2702/ |
| NONE | EXPAT | 11/01/16 23:00:17 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 11/02/16 00:43:32 | 921 NAPOLI DR | UNI | 5072 | 3780/ |
| NONE | EXPAT | 11/02/16 19:23:25 | 921 NAPOLI DR | UNI | 5072 | 2702/ |
| 57312 | BURG | 11/03/16 00:31:30 | 921 NAPOLI DR | UNI | 5072 | 3703/ |

| Comp. # | Nature | Received | Address | City | Zone | Car #/DSN |
|---|---|---|---|---|---|---|
| NONE | INV | 11/03/16 16:42:06 | 921 NAPOLI DR | UNI | 5072 | 7182/ |
| NONE | EXPAT | 11/03/16 21:28:47 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | EXPAT | 11/04/16 00:59:56 | 921 NAPOLI DR | UNI | 5072 | 3780/ |
| NONE | INV | 11/04/16 10:32:43 | 921 NAPOLI DR | UNI | 5072 | 7140/ |
| NONE | PROWL | 11/04/16 21:48:48 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 11/06/16 21:32:45 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 11/06/16 22:26:42 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 11/07/16 00:38:26 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 11/07/16 14:41:18 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 11/07/16 21:04:45 | 921 NAPOLI DR | UNI | 5072 | 3702/ |
| NONE | EXPAT | 11/09/16 17:56:04 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 11/09/16 20:58:29 | 921 NAPOLI DR | UNI | 5072 | 3707/ |
| NONE | EXPAT | 11/09/16 22:17:23 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 11/09/16 22:51:51 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| 58777 | PROWL | 11/10/16 21:20:05 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 11/11/16 20:55:02 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 11/11/16 21:30:48 | 921 NAPOLI DR | UNI | 5072 | 2702/ |
| NONE | EXPAT | 11/12/16 01:16:28 | 921 NAPOLI DR | UNI | 5072 | 3790/ |
| NONE | EXPAT | 11/12/16 21:27:16 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| 59129 | BURG | 11/13/16 00:13:28 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | INV | 11/13/16 21:14:05 | 921 NAPOLI DR | UNI | 5072 | 2704/ |
| NONE | EXPAT | 11/13/16 23:02:13 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | EXPAT | 11/14/16 18:27:11 | 921 NAPOLI DR | UNI | 5072 | 2701/ |
| NONE | EXPAT | 11/14/16 22:20:02 | 921 NAPOLI DR | UNI | 5072 | 3707/ |
| NONE | EXPAT | 11/15/16 00:44:37 | 921 NAPOLI DR | UNI | 5072 | 3790/ |
| NONE | BURGI | 11/15/16 17:05:56 | 921 NAPOLI DR | UNI | 5072 | 2701/ |
| NONE | EXPAT | 11/15/16 20:48:51 | 921 NAPOLI DR | UNI | 5072 | 3703 |
| NONE | CCONT | 11/15/16 21:26:06 | 921 NAPOLI DR | UNI | 5072 | 3781/ |
| NONE | CCONT | 11/16/16 16:20:08 | 921 NAPOLI DR | UNI | 5072 | 2790/ |
| NONE | EXPAT | 11/16/16 19:19:49 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 11/17/16 21:44:21 | 921 NAPOLI DR | UNI | 5072 | 2701/ |
| NONE | SUSVEH | 11/17/16 22:15:14 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 11/18/16 18:27:50 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 11/18/16 21:19:14 | 921 NAPOLI DR | UNI | 5072 | 2702/ |
| NONE | EXPAT | 11/18/16 21:36:45 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 11/18/16 22:22:17 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | EXPAT | 11/18/16 23:58:46 | 921 NAPOLI DR | UNI | 5072 | 3790/ |
| NONE | EXPAT | 11/21/16 20:44:32 | 921 NAPOLI DR | UNI | 5072 | 3702/ |
| NONE | EXPAT | 11/21/16 22:56:01 | 921 NAPOLI DR | UNI | 5072 | 3702/ |

| Comp. # | Nature | Received | Address | City | Zone | Car #/DSN |
|---|---|---|---|---|---|---|
| NONE | EXPAT | 11/22/16 17:07:48 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 11/22/16 21:19:56 | 921 NAPOLI DR | UNI | 5072 | 3702/ |
| NONE | CALL | 11/23/16 21:16:57 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | INV | 11/23/16 21:39:41 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 11/26/16 17:14:17 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 11/26/16 18:58:55 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 11/26/16 21:39:37 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 11/27/16 00:44:25 | 921 NAPOLI DR | UNI | 5072 | 3702/ |
| NONE | EXPAT | 11/27/16 20:23:18 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 11/27/16 22:28:59 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 11/29/16 01:08:23 | 921 NAPOLI DR | UNI | 5072 | 3790/ |
| NONE | CALL | 11/29/16 20:56:43 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | INV | 11/29/16 21:16:00 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | SICK | 11/30/16 01:54:24 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | CALL | 11/30/16 03:47:09 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | EXPAT | 12/04/16 21:31:29 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 12/07/16 16:13:05 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | EXPAT | 12/07/16 21:13:56 | 921 NAPOLI DR | UNI | 5072 | 3702/ |
| NONE | INJURY | 12/12/16 01:48:50 | 921 NAPOLI DR | UNI | 5072 | 3704/ |
| NONE | CWELF | 12/28/16 22:44:08 | 921 NAPOLI DR | UNI | 5072 | 2706/ |
| 1676 | CIT | 01/09/17 14:48:36 | 921 NAPOLI DR | UNI | 5072 | 7140/ |
| NONE | INV | 01/12/17 15:33:14 | 921 NAPOLI DR | UNI | 5072 | 7140/ |
| NONE | HEART | 01/12/17 18:56:18 | 921 NAPOLI DR | UNI | 5072 | 6762/ |
| NONE | CIT | 02/03/17 19:00:28 | 921 NAPOLI DR | UNI | 5072 | 7140/ |
| NONE | INV | 02/23/17 22:37:01 | 921 NAPOLI DR | UNI | 5072 | 2702/ |
| NONE | INV | 02/23/17 22:44:17 | 921 NAPOLI DR | UNI | 5072 | 2702/ |
| 12782 | PANIC | 03/12/17 22:36:29 | 921 NAPOLI DR | UNI | 5072 | 2702/ |
| NONE | CWELF | 03/14/17 11:35:58 | 921 NAPOLI DR | UNI | 5072 | 1705/ |
| 13043 | CIT | 03/14/17 12:08:51 | 921 NAPOLI DR | UNI | 5072 | 1705/ |
| 18444 | MISC | 04/12/17 21:46:29 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 04/20/17 21:44:11 | 921 NAPOLI DR | UNI | 5072 | 2702/ |
| 20360 | ATSUI | 04/23/17 21:32:44 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | INV | 04/26/17 20:32:35 | 921 NAPOLI DR | UNI | 5072 | 2701/ |
| NONE | HEART | 04/26/17 23:28:28 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | SICK | 05/04/17 05:21:21 | 921 NAPOLI DR | UNI | 5072 | 3702/ |
| NONE | CALL | 05/04/17 05:37:53 | 921 NAPOLI DR | UNI | 5072 | 1781/ |
| 32417 | ATSUI | 06/28/17 16:12:56 | 921 NAPOLI DR | UNI | 5072 | 2701/ |
| NONE | SICK | 07/06/17 05:42:41 | 921 NAPOLI DR | UNI | 5072 | 1705/ |
| NONE | ATSUI | 07/26/17 20:56:20 | 921 NAPOLI DR | UNI | 5072 | 3703/ |

| Comp. # | Nature | Received | Address | City | Zone | Car #/DSN |
|---|---|---|---|---|---|---|
| NONE | CCONT | 07/26/17 21:25:16 | 921 NAPOLI DR | UNI | 5072 | 2701/ |
| NONE | SICK | 08/13/17 00:58:04 | 921 NAPOLI DR | UNI | 5072 | 3705/ |
| NONE | CWELF | 10/10/17 12:00:28 | 921 NAPOLI DR | UNI | 5072 | 1703/ |
| NONE | SICK | 10/12/17 20:38:51 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | DETECT | 11/18/17 04:02:46 | 921 NAPOLI DR | UNI | 5072 | 3790/ |
| NONE | SICK | 12/02/17 14:20:12 | 921 NAPOLI DR | UNI | 5072 | 1703/ |
| NONE | POLICE | 12/19/17 14:12:56 | 921 NAPOLI DR | UNI | 5072 | 2701/ |

| Comp. # | Nature | Received | Address | City | Zone | Car #/DSN |
|---|---|---|---|---|---|---|
| NONE | ATSUI | 02/16/18 13:47:48 | 921 NAPOLI DR | UNI | 5072 | 1703/ |
| NONE | ATSUI | 02/19/18 19:37:43 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | SICK | 02/27/18 15:33:27 | 921 NAPOLI DR | UNI | 5072 | 1703/ |
| 10743 | CIT | 02/28/18 21:17:34 | 921 NAPOLI DR | UNI | 5072 | 3750/ |
| NONE | ATSUI | 03/14/18 20:52:58 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | ATSUI | 03/15/18 21:08:12 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | ATSUI | 03/21/18 20:50:59 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | ATSUI | 03/21/18 21:15:48 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | CWELF | 03/22/18 21:58:28 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | ATSUI | 04/04/18 21:14:48 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | OBS | 04/10/18 21:15:45 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | POLICE | 05/01/18 21:23:06 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | OBS | 05/03/18 19:39:46 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | OBS | 05/03/18 22:39:39 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EXPAT | 05/07/18 14:23:21 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | CWELF | 05/08/18 17:30:09 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | SICK | 05/09/18 20:44:08 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | SICK | 06/02/18 16:40:38 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | ATSUI | 06/20/18 20:53:23 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | SICK | 06/28/18 22:38:17 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | ATSUI | 07/11/18 18:12:33 | 921 NAPOLI DR | UNI | 5072 | 2701/ |
| NONE | OBS | 07/17/18 21:33:19 | 921 NAPOLI DR | UNI | | 2703/ |
| NONE | OBS | 07/19/18 21:53:13 | 921 NAPOLI DR | UNI | 5072 | 2701/ |
| NONE | SHOTFD | 07/26/18 21:25:50 | 921 NAPOLI DR | UNI | 5072 | 2705/ |
| NONE | ATSUI | 08/30/18 15:09:12 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | ATSUI | 09/19/18 21:10:42 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | CWELF | 09/24/18 08:55:51 | 921 NAPOLI DR | UNI | 5072 | 1701/ |
| NONE | CWELF | 09/24/18 09:53:00 | 921 NAPOLI DR | UNI | 5072 | 1703/ |
| NONE | SICK | 09/29/18 21:59:53 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | ATSUI | 10/08/18 17:31:12 | 921 NAPOLI DR | UNI | 5072 | 2701/ |
| NONE | SHOTFD | 10/10/18 20:48:06 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | ASTINV | 12/05/18 22:36:20 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | SICK | 01/02/19 20:28:44 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| 40233 | DPROP | 08/25/19 09:19:52 | 921 NAPOLI DR | UNI | 5072 | 1703/ |
| NONE | SICK | 10/14/19 10:22:53 | 921 NAPOLI DR | UNI | 5072 | 1703/ |
| NONE | SICK | 11/09/19 21:44:28 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | SICK | 11/25/19 14:07:52 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | SICK | 11/30/19 16:37:06 | 921 NAPOLI DR | UNI | 5072 | 2703/ |

| Comp. # | Nature | Received | Address | City | Zone | Car #/DSN |
|---|---|---|---|---|---|---|
| NONE | SICK | 03/23/20 00:50:34 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | INJURY | 04/26/20 03:57:55 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | SICK | 05/10/20 13:40:51 | 921 NAPOLI DR | UNI | 5072 | 1703/ |
| NONE | SICK | 06/04/20 11:04:17 | 921 NAPOLI DR | UNI | 5072 | 1703/ |
| NONE | CWELF | 07/02/20 22:55:02 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | EDP | 07/03/20 01:23:07 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | ATSUI | 07/09/20 22:44:02 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | ATSUI | 07/11/20 01:11:59 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | ATSUI | 07/11/20 22:52:24 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | ATSUI | 07/12/20 00:47:26 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | ATSUI | 07/14/20 02:45:45 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | INV | 07/17/20 09:00:21 | 921 NAPOLI DR | UNI | 5072 | 7910/ |
| NONE | SICK | 07/24/20 21:39:09 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | SICK | 07/27/20 22:44:42 | 921 NAPOLI DR | UNI |  | 3703/ |
| NONE | ATSUI | 08/05/20 01:47:23 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | SICK | 08/07/20 12:53:44 | 921 NAPOLI DR | UNI | 5072 | 1703/ |
| NONE | SICK | 08/09/20 17:52:18 | 921 NAPOLI DR | UNI | 5072 | 2703/ |
| NONE | FLWPI | 08/21/20 23:17:36 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| 32284 | CIT | 08/26/20 23:15:38 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | ATSUI | 08/31/20 00:09:44 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | ATSUI | 08/31/20 03:20:06 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | CWELF | 08/31/20 04:58:50 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | STAT | 09/01/20 13:56:22 | 921 NAPOLI DR | UNI | 5072 | 7980/ |
| 33836 | BGALRM | 09/07/20 16:04:58 | 921 NAPOLI DR | UNI | 5072 | 2750/ |
| NONE | FIGHT | 09/21/20 21:30:40 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | ATSUI | 09/22/20 03:30:06 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | ATSUI | 09/26/20 21:53:46 | 921 NAPOLI DR | UNI |  | 3703/ |
| 37078 | CIT | 10/01/20 01:21:20 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | CALL | 10/08/20 17:24:56 | 921 NAPOLI DR | UNI | 5072 | 2781/ |
| NONE | ATSUI | 10/16/20 00:28:29 | 921 NAPOLI DR | UNI | 5072 | 3701/ |
| NONE | ATSUI | 10/17/20 00:47:01 | 921 NAPOLI DR | UNI |  | 3703/ |
| NONE | ATSUI | 10/25/20 00:36:53 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | ATSUI | 10/25/20 22:43:14 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | ATSUI | 10/26/20 03:11:41 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | ATSUI | 10/29/20 22:32:24 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | ATSUI | 10/30/20 01:54:57 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | ATSUI | 11/04/20 23:07:36 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | ATSUI | 11/05/20 00:56:43 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | ATSUI | 11/05/20 01:39:54 | 921 NAPOLI DR | UNI | 5072 | 3703/ |

| Comp. # | Nature | Received | Address | City | Zone | Car #/DSN |
|---|---|---|---|---|---|---|
| NONE | ATSUI | 11/07/20 22:10:56 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | ATSUI | 11/08/20 01:43:03 | 921 NAPOLI DR | UNI | 5072 | 3703/ |
| NONE | ATSUI | 11/12/20 23:39:29 | 921 NAPOLI DR | UNI | 5072 | 3703/ |

Nature Code Definitions

| Code | Definition |
|---|---|
| AABUSE | ADULT ABUSE |
| AAINJ | AUTO ACCIDENT WITH INJURIES |
| AALS | AUTO ACCIDENT LEAVING SCENE |
| AANO | AUTO ACCIDENT NO INJURIES |
| AARB | AUTO ACCIDENT ROAD BLOCKED |
| AAUNK | AUTO ACCIDENT UNK INJURIES |
| AAUTO | ABANDONED AUTO |
| ABDUCT | ABDUCTION |
| ABURG | ATTEMPT BURGLARY |
| ABURGJ | ATTEMPT BURG JUST OCC |
| ADM | ADMINISTRATIVE |
| AIRPOL | AIR POLLUTION VIOLAT |
| ALARC | ATTEMPT LARCENY |
| ALARCJ | ATT LARC JUST OCC |
| ALERT | AIRCRAFT CRASH ALERT |
| ALRM | ALARM SOUNDING |
| ANBITE | ANIMAL BITE CASE |
| ANCONF | ANIMAL CONFINED |
| ANINJ | ANIMAL INJURED |
| ANRUN | ANIMAL RUNNING LOOSE |
| ANVIC | VICIOUS ANIMAL |
| APBURG | APARTMENT BURGLARY |
| AROB | ATTEMPT ROBBERY |
| ARSON | ARSON |
| ARST | ARREST |
| ASLT | ASSAULT |
| ASLTI | ASSAULT IN PROGRESS |
| ASLTJ | ASSAULT JUST OCC |
| ASTINV | ASSIST INVALID |
| ASVEH | ATTEMPT STOLEN VEH |
| ASVEHJ | ATT STLN VEH JUST OCC |
| ATSUI | ATTEMPT SUICIDE |
| AUALRM | AUTO ALARM SOUNDING |
| AUFIRE | AUTO FIRE |
| BABY | MATERNITY CASE |
| BARK | BARKING DOG |
| BBURG | BUSINESS BURGLARY |
| BGALRM | BURGLAR ALARM |
| BIKE | BIKE PATROL |
| BOGUS | BOGUS CHECK |
| BOMBTH | BOMB THREAT |
| BURG | BURGLARY |
| BURGI | BURGLARY IN PROGRESS |
| BURGJ | BURGLARY JUST OCCUR |
| BURGJD | BURG JUST DISCOVERED |

| | |
|---|---|
| BUSCK | BUSINESS CHECK |
| CABUSE | CHILD ABUSE |
| CALL | 10 21 |
| CARE | CARE REPORT |
| CCONT | CITIZEN CONTACT |
| CAA | CRUELTY ABUSE ANIMALS |
| CCW | CONCEALED WEAPON |
| CFRAUD | COMPUTER FRAUD |
| CFIRE | COMMERCIAL FIRE |
| CHASE | PURSUIT |
| CHLOCK | CHILD LOCKOUT |
| CIT | CRISIS INTERVENTION |
| CONVEY | PRISONER CONVEYANCE |
| COURT | COURT/PROSECUTOR |
| CRASH | AIRCRAFT CRASH |
| CREDIT | CREDIT CARD FRAUD |
| CURFEW | CURFEW VIOLATION |
| CUT | CUTTING |
| CWELF | CHECK ON WELFARE |
| DETECT | CARBON & SMOKE DETECT |
| DIST | DISTURBANCE |
| DOA | SUDDEN DEATH |
| DOMEST | DOMESTIC VIOLENCE |
| DOWN | PERSON DOWN |
| DPROP | DESTRUCTION OF PROP |
| DPROPI | DPROP IN PROGRESS |
| DPROPJ | DPROP JUST OCCURRED |
| DROWN | DROWNING |
| DRUG | DRUG VIOLATION |
| DRUGI | DRUG VIOLAT IN PROGRESS |
| DRUNK | INTOXICATED PERSON |
| DUMP | ILLEGAL DUMPING |
| DUMPI | DUMPING IN PROGRESS |
| DUMPJ | DUMPING JUST OCCURRED |
| DWI | INTOXICATED DRIVER |
| EDP | EMOTIONALLY DISTURBED PERSON |
| EDP/VIOLE | EMOTIONALLY DISTURBED PERSON VIOLENT |
| ESCORT | BANK ESCORT |
| EXPAT | EXTRA PATROL |
| EXPDEV | EXPLOSIVE DEVICE |
| EXPLO | EXPLOSION |
| FALRM | FIRE ALARM |
| FATAL | AUTO ACCIDENT WITH FATALITY |
| FIGHT | FIGHT |
| FIRE | FIRE |
| FIRWK | FIREWORKS VIOLATION |
| FLWP | FLOURISHING WEAPON |

| Code | Description |
|---|---|
| FLWPI | FLOURISHING IN PROGRESS |
| FLWPJ | FLOURISHING JUST OCC |
| FPROP | FOUND PROPERTY |
| FRAUD | FRAUD |
| FRAUDI | FRAUD IN PROGRESS |
| FRAUDJ | FRAUD JUST OCCURRED |
| FSCRI | FORGED PRESCRIPTION |
| FSCRII | FORGED PRESCR IN PROG |
| FTPAT | FOOT PATROL |
| GAMB | GAMBLING |
| GAMBI | GAMBLING IN PROGRESS |
| GARAGE | OPEN GARAGE DOOR |
| GLEAK | GAS LEAK |
| GO | 10 25 |
| HANGUP | 911-HANGUP |
| HEART | HEART ATTACK |
| HELI | HELICOPTER REQUEST |
| HFIRE | HOUSE FIRE |
| HOALRM | HOLD-UP ALARM |
| HOMIC | HOMICIDE |
| HPER | HOLDING MISSING PERS |
| HUNT | HUNTERS |
| IDENTY | IDENTITY THEFT |
| ILPARK | ILLEGALLY PARKED VEH |
| INACT | INDECENT ACT |
| INACTI | INDECENT ACT IN PROGRESS |
| INCJUV | INCORRIGIBLE JUVENILE |
| INJURY | ACCIDENTAL INJURY |
| INV | INVESTIGATION |
| LARC | LARCENY |
| LARCI | LARCENY IN PROGRESS |
| LARCJ | LARCENY JUST OCCURRED |
| LASER | LASER STRIKE |
| LIQ | LIQUOR VIOLATION |
| LIQI | LIQ VIOL IN PROGRESS |
| LOCK | VEHICLE LOCK OUT |
| LOITER | LOITERING |
| LOSART | LOST ARTICLE |
| LOWAIR | LOW AIRCRAFT |
| MAINT | VEHICLE MAINTENANCE |
| MALRM | MEDICAL ALARM |
| MEAL | MEAL |
| MINBIK | MINI BIKE |
| MISC | MISCELLANEOUS |
| MISJUV | MISSING JUVENILE |
| MISPER | MISSING PERSON |
| MOTOR | ASSIST MOTORIST |

| | |
|---|---|
| MUNI | MUNI CONTRACT PATROL |
| MUSIC | LOUD MUSIC |
| NONSUP | CRIMINAL NON SUPPORT |
| NOTIFY | NOTIFICATION |
| OAP | OFFENDER ACCOUNTABILITY PROGRAM |
| OD | OVERDOSE |
| ODOR | STRANGE ODOR |
| OFFAID | OFFICER IN NEED |
| OPC | ORDER OF PROTECTION COMPLIANCE |
| OPEN | OPEN DOOR/WINDOW |
| ORD | ORDINANCE VIOLATION |
| PAGER | PAGER CALL |
| PANIC | PANIC ALARM |
| PCR | Public Community Relations |
| PDIST | PEACE DISTURBANCE |
| PEACE | KEEP THE PEACE |
| PEDCK | PEDESTRIAN CHECK |
| PHONE | PHONE STATUS |
| PHOTO | PHOTO ASSIGNMENT |
| PITEM | PROHIBITED ITEM |
| POLICE | CALL FOR POLICE |
| PROWL | PROWLER |
| PURSE | PURSE SNATCHING |
| RADAR | RADAR ASSIGNMENT |
| RADIO | RADIO REPAIR |
| RAPE | RAPE |
| RBURG | RESIDENTIAL BURGLARY |
| RCPROP | RECOVERED PROPERTY |
| RECVEH | RECOVERED VEHICLE |
| RETURN | MISSING PER/JUV RETURN |
| ROB | ROBBERY |
| SCNDRY | SECONDARY |
| SEARCH | SEARCH WARRANT |
| SEXA | SEXUAL ASSAULT |
| SHOOT | SHOOTING |
| SHOP | SHOPLIFTING |
| SHOTFD | SHOTS FIRED |
| SICK | SICK CASE |
| SIRF | STOLEN INCOME REFUND |
| SLUMP | PERSON SLUMPED (VEH) |
| SMOKE | SMOKE IN THE AREA |
| SOLIC | SOLICITORS |
| SPEED | SPEEDING VEHICLE |
| SPILL | HAZARDOUS SPILL |
| STALK | STALKING |
| STAT | STATION ASSIGNMENT |
| STLIC | STOLEN LICENSE |

| | |
|---|---|
| STRONG | STRONG ARM ROBBERY |
| STRUCK | PERSON STRUCK |
| SUI | SUICIDE |
| SUSPER | SUSPICIOUS PERSON |
| SUSPKG | SUSPICIOUS PACKAGE |
| SUSVEH | SUSPICIOUS VEHICLE |
| SVEH | STOLEN VEHICLE |
| SVEHI | SVEH IN PROGRESS |
| SVEHJ | SVEH JUST OCCURRED |
| TAMP | TAMPERING AUTO |
| TAMPI | TAMPER IN PROGRESS |
| TAMPJ | TAMPER JUST OCCURRED |
| TEST | CAD TEST |
| TOB | TOBACCO VIOLATION |
| TOPHON | THREAT/OBSCENE CALL |
| TRF | TRAFFIC STOP |
| TR | TRAFFIC VIOLATION |
| TRARST | TRAFFIC ARREST |
| TRES | TRESPASSING |
| TRESI | TRESPASSING IN PROG |
| TRHAZ | TRAFFIC HAZARD |
| TRPAT | TRAIN PATROL |
| TRUANT | TRUANCY |
| VACCK | VACATION CHECK |
| VACR | VACATION RETURN |
| VEHCON | VEHICLE CONVEYANCE |
| VOAP | VIOLENT OFFENDER ACCOUNTABILITY PROGRAM |
| VOBS/VEDI | OBS VIOLENT |
| VRO | VIOL RESTRAINING ORDER |
| WATCH | WATCHMAN CHECK |
| WATER | WATER MAIN BREAK |
| WDFIRE | WEED FIRE |
| WIRES | WIRES DOWN |
| WRAPP | WARRANT APPLICATION |
| WRARST | WARRANT ARREST |
| WASH | CARWASH |