UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:22-cv-00301-SEP |
| ) | |
| CHRISTOPHER E. KOESTER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on several motions to dismiss. Docs. [24], [25], [27], [36], [40]. The Court dismisses the case without prejudice for failure to prosecute and denies the motions as moot.

Defendants moved to dismiss this case on May 23, 2022. Eastern District of Missouri Local Rule 4.01 requires any party opposing a motion to respond within 14 days of service of the motion. Doe failed to respond by the deadline, June 6, 2022, and waited until June 21, 2022, to seek an extension of the filing deadline. The Court gave Doe until June 24, 2022, to respond to the motions to dismiss, admonishing the parties to comply with the Federal Rules of Civil Procedure and the Local Rules in future filings, and that "[n]o further extensions will be granted." Doc. [33]. It has been 82 days since the extended deadline, and Doe has failed to respond. Other Defendants then filed motions to dismiss on July 7, 2022, and July 26, 2022. The deadlines for Doe's responses to those motions, July 21, 2022, and August 9, 2022, have likewise passed with nary a word from Doe.

Federal district courts have the "inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases." *Dietz v. Bouldin*, 136 S. Ct. 1885, 1892 (2016). "The authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *see also* Fed. R. Civ. P. 41(b). Because Doe has failed to timely respond to any of the pending motions to dismiss, despite the Court's granting of one extension and explicit admonition to comply with applicable rules,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice for failure to prosecute.  Defendants' motions to dismiss are **DENIED** as moot.  Docs. [24], [25], [27], [36], [40].

Dated this 14th day of September, 2022.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE